CHARLES BLOOM, INC., Appellant, v. HENRY I. STETLER, INC., Respondent.— The items of examination embraced in this appeal are within the scope of the issues raised in the pleadings. Order unanimously modified so as to also permit examination of items 6 (as restated in plaintiff's reply affidavit) 7b,

7c and 9a and, as so modified affirmed, with $10 costs to appellant. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.